1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   J. RIVERA,                          1:04-cv-05477-REC-DLB-P

12               Plaintiff,              **ORDER ADOPTING FINDINGS AND
                                         RECOMMENDATIONS** (Doc. 23)
13   vs.
                                         **ORDER DISMISSING ACTION AND
14   B. PEREZ, et al.,                   DIRECTING CLERK OF COURT TO
                                         ENTER JUDGMENT FOR DEFENDANTS**
15               Defendants.
     _____/

16

17

18        Plaintiff, J. Rivera ("plaintiff"), a state prisoner

19   proceeding pro se and in forma pauperis, has filed this civil

20   rights action seeking relief under 42 U.S.C. § 1983.  The matter

21   was referred to a United States Magistrate Judge pursuant to 28

22   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23        On June 16, 2005, the Magistrate Judge filed Findings and

24   Recommendations herein which were served on plaintiff and which

25   contained notice to plaintiff that any objections to the Findings

26   and Recommendations were to be filed within twenty (20) days.  To

27   date, plaintiff has not filed objections to the Magistrate

28   Judge's Findings and Recommendations.

                                    1

1  //

2       In accordance with the provisions of 28 U.S.C.

3  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

4  de novo review of this case.  Having carefully reviewed the

5  entire file, the Court finds the Findings and Recommendations to

6  be supported by the record and by proper analysis.

7       Accordingly, IT IS HEREBY ORDERED that:

8       1.   The Findings and Recommendations, filed June 16, 2005,

9  are ADOPTED IN FULL; and,

10      2.   This action is DISMISSED for plaintiff's failure to

11 obey the court's order of November 15, 2004, and for failure to

12 state a claim upon which relief may be granted.

13      3.   The Clerk of the Court is directed to enter judgment

14 for defendants.

15      IT IS SO ORDERED.

16 **Dated:  September 7, 2005**              **/s/ Robert E. Coyle**
   668554                                UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28